# IN THE SUPREME COURT OF PENNSYLVANIA

IN RE: : NO. 746
:
APPOINTMENT TO THE DOMESTIC : CIVIL PROCEDURAL RULES DOCKET
RELATIONS PROCEDURAL RULES :
COMMITTEE :

## ORDER

**PER CURIAM**

    **AND NOW**, this 2nd day of October, 2023, the Honorable Kim D. Eaton, Allegheny County, is hereby appointed as a member of the Domestic Relations Procedural Rules Committee for a term expiring April 1, 2029.